UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No: 08 CR 562 |
| vs. | ) | Magistrate Judge Denlow |
| | ) | |
| CHRISTOPHER BAINES, | ) | |
| CHRISTINE BURGOS, | ) | **UNDER SEAL** |
| CRAIG SMITH, and | ) | |
| CHARLES PARKER | ) | |

## ORDER

This matter comes before the Court on the government's Motion to Seal Criminal Complaint, Affidavit and Arrest Warrant. It is hereby ordered that:

The Motion is granted and the Criminal Complaint, Affidavit, and Arrest Warrant are ordered sealed until 5:00 p.m. on August 18, 2008, or the arrest of Christopher Baines, Christine Burgos, Craig Smith and Charles Parker, whichever occurs first. Law enforcement officers are allowed to enter the warrant into law enforcement databases while the Complaint, Affidavit and Warrant are under seal.

_____
MORTON DENLOW
United States Magistrate Judge

Dated: July 16, 2008