## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Michael T. Mason | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 562 - (1-4) | **DATE** | 7/24/08 |
| **CASE TITLE** | USA vs. Baines et al | | |

**DOCKET ENTRY TEXT**

Government's oral motion to unseal the case as to all defendants is granted. Case ordered unsealed.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | rbf |
|---|---|---|

U.S. DISTRICT COURT
CLERK
2008 JUL 25 PM 12: 07
FILED-FR