# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Michael T. Mason | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 562 - 1 | **DATE** | 7/24/08 |
| **CASE TITLE** | USA vs. Christopher Baines | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant Christopher Baines appears in response to arrest on 7/24/08. Defendant informed of his rights. The Court appoints J. Clifford Greene, Jr. as counsel for defendant Baines. Defendant to remain in federal custody pending the detention hearing set for 8/4/08 at 10:00 a.m.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | rbf |
|---|---|---|

