## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Michael T. Mason | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 562 - 1 | **DATE** | 8/12/2008 |
| **CASE TITLE** | USA vs. Christopher Baines | | |

**DOCKET ENTRY TEXT**

Detention hearing held. Government's oral motion for continued detention is granted without prejudice. Continued detention hearing and preliminary examination to be held on 8/26/08 at 11:00 a.m.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | rbf |
|---|---|---|