Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James F. Holderman | Sitting Judge if Other than Assigned Judge | Morton Denlow |
|---|---|---|---|
| CASE NUMBER | 08 CR 562 | DATE | 8/14/2008 |
| CASE TITLE | USA vs. Baines, et al | | |

**DOCKET ENTRY TEXT**

United States' unopposed motion (29) to exclude time pursuant to Title 18, USC 3161(h)(8)(A) (B), to and including 9/15/08, is granted.

■ [ For further detail see separate order(s).]

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | GL |
|---|---|---|