

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 562 |
| v. | ) | Chief Judge James F. Holderman |
| | ) | |
| CHRISTOPHER BAINES, et. al. | ) | |

## ORDER

Upon the government's motion under Title 18, United States Code, Section 3161(h)(8)(A), (B) for an extension of time to file an indictment or information in the above-captioned cause, in which the Assistant United States Attorney has represented that counsel for each defendant has no objection to the motion;

IT IS HEREBY ORDERED that the time within which to file an indictment or information against the defendants be extended to and including September 15, 2008. The Court finds that the ends of justice served by the extension outweigh the best interests of the public and the defendants in a speedy trial because the nature of the case makes it unreasonable to expect return and filing of the indictment or information within the period specified in 18 U.S.C. § 3161(b).

ENTERED:

James F. Holderman
United States District Judge

DATED: 8/14/08