UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | 08 CR 562-1 |
| v. ) | |
| ) | Judge Michael T. Mason |
| CHRISTOPHER BAINES ) | |

### DETENTION ORDER

The government has moved to detain defendant Christopher Baines pending trial of this matter, pursuant to 18 U.S.C. § 3142, on the grounds that he is a serious risk of flight, a danger to the community, and that there are no conditions or combination of conditions that will reasonably assure his appearance. On August 26, 2008, the Court heard testimony from DEA Special Agent Eric Durante, including portions of the Criminal Complaint in this case and certain wire interceptions involving the defendant, and argument from the parties on the government's motion. Upon consideration of the evidence and the arguments, and of the information presented in the report prepared by Pretrial Services, the Court orally granted the government's motion for detention and provided an explanation of its reasoning on the record. In this order, the Court briefly summarize the reasons for that ruling.

1. In determining whether to detain Mr. Baines, the Court considered the nature and circumstances of the offense charged; the weight of the evidence; and Mr. Baines's history and characteristics. 18 U.S.C. § 3142(g).

2. Mr. Baines is charged with knowingly and intentionally conspiring with others to distribute a controlled substance, namely in excess of one kilogram of heroin, a Schedule

I Narcotic Drug Controlled Substance, in violation of Title 21 United States Code, Section 846. The Court notes that under Title 18, United States Code, Section 3142(e), there exists a rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant. The Court found that the nature and circumstances of the offense charged weigh in favor of detention because the allegations involve the distribution of significant quantities of a controlled substance and the seizure of firearms over the course of the conspiracy.

    3.    The Court heard testimony from Special Agent Durante regarding his involvement in this investigation. Special Agent Durante testified to transcripts of telephone calls intercepted pursuant to court authorized wiretaps, specifically telephone conversations between Mr. Baines and several his co-defendants. The calls were related to Mr. Baines's ties to the community and his financial resources, as well as Mr. Baines's access to and prior use of firearms, some of which is also detailed in the Criminal Complaint. Based on the content of those calls, as well as the allegations contained in the Criminal Complaint, the Court found that Mr. Baines poses a significant risk of flight and a danger to the community.

    4.    Mr. Baines requested that he be permitted to post a bond in the form of certain property located in Naperville, Illinois. The Court considered this request but ultimately found that the proposed property was not sufficient to reasonably assure Mr. Baines's appearance given the reasons cited above.

5.   Based on the foregoing considerations, the Court finds that Mr. Baines poses a serious risk of flight and a danger to the community and that no condition or combination of conditions of release would reasonably assure against that risk.

ACCORDINGLY, IT IS HEREBY ORDERED that Christopher Baines remain committed to the custody of the Attorney General for confinement in a corrections facility until the resolution of this case or until further order of the Court.

IT IS FURTHER ORDERED that Mr. Baines shall be afforded reasonable opportunity for private consultation with counsel.

IT IS FURTHER ORDERED that on order of a United States Court or upon request of an attorney for the government, Mr. Baines shall be delivered to a United States Marshal for the purposes of an appearance in connection with a court proceeding, trial preparation, or other compelling reason.

ENTER:

_____
Michael T. Mason
United States Magistrate Judge

Dated: August 26, 2008